# ATTACHMENT 3

## PLACEHOLDER FOR HSD

Paper Document Maintained in the Clerk's Office Vault/Secure Room